**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Cedkiera Fobbs v. The State of Texas

Appellate case number:      01-18-00226-CR & 01-18-00227-CR

Trial court case number:    1554558 & 1554559

Trial court:                262nd District Court

Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeals are frivolous.  *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Appellant, acting pro se, has filed a motion requesting access to a copy of the appellate records for use in preparing a response to appointed counsel's brief.  *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

We **grant** the motion and **order** the trial court clerk, no later than 10 days from the date of this order, to provide a copy of the records, including the clerk's records, the reporter's records, and any supplemental records, to the appellant.  The trial court clerk shall further certify to this Court, within 15 days of the date of this order, the date upon which delivery of the record to the appellant is made.  Finally, appellant's response to his appointed counsel's brief shall be filed within 45 days of the date of this order.

It is so ORDERED.


Judge's signature: /s/ Michael Massengale
                    ☑ Acting individually      ☐ Acting for the Court

Date:  August 23, 2018